# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No.: 23-cv-236-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES AND SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 8]** |
| ERICA MIKULSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No.: 23-cv-404-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES AND SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 14]** |
| MARILYN HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No.: 23-cv-1034-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES AND SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 24]** |

|  |  |
|---|---|
| ARIEL OLIVER,<br><br>                               Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>                              Defendant. | Case No.: 23-cv-1036-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES AND SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 23]** |

     Before the Court are Parties' Joint Motions to Consolidate the four cases above as well as Parties' Joint Motion to Set Case Deadlines. *See Price v. Carnival Corp.*, Case No. 3:23-cv-00236-GPC-MSB, ECF No. 8; *Mikulsky v. Carnival Corp.*, Case No. 3:23-cv-00404-GPC-MSB, ECF No. 14; *Hernandez v. Carnival Corp.*, Case No. 3:23-cv-1034-GPC-MSB, ECF No. 24; *Oliver v. Carnival Corp.*, Case No. 3:23-cv-1036-GPC-MSB, ECF No. 23.

     Federal Rule of Civil Procedure ("Rule") 42(a) states that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). A district court has broad discretion in determining whether or not to consolidate actions. *See Southwest Marine, Inc. v. Triple A Mach. Shop, Inc.*, 720 F. Supp. 805, 806-07 (N.D. Cal. 1989).

     Upon review of the moving papers, the record, and the applicable law, the Court **GRANTS** Parties' Joint Motions to Consolidate. Review of the operative complaints show that all four cases are putative class actions brought by respective Plaintiffs against the same Defendant, concerning the same alleged privacy rights violations committed by Defendant in relation to Carnival Corporation's use of computer code to record www.carnival.com website visitors' electronic communications with the website.

The Court **HEREBY CONSOLIDATES** the four above-captioned cases. The Court **DESIGNATES** *Price v. Carnival Corporation*, Case No. 3:23-cv-00236-GPC-MSB, as the lead case. **All subsequent filings shall occur only in the lead case**.

The Court **FURTHER ORDERS** that Plaintiffs shall file a consolidated complaint on or before **August 7, 2023**. Defendant shall have until **September 6, 2023** to respond to the consolidated complaint.

**IT IS SO ORDERED.**

Dated: June 9, 2023

Hon. Gonzalo P. Curiel
United States District Judge